

**Dated: April 17, 2013, 11:15 AM**

**The following is ORDERED:**

T.M. Weaver
United States Bankruptcy Judge

___

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA

In re:   Suracharn Prammanasudh        )
        Karen J. Prammanasudh          )   Case Number: 98-19524-TMW
                                       )   Chapter:     7
                  Debtor               )

### ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

    Before the Court is the application of GE Money Bank (hereinafter designated as "Claimant"), a claimant and creditor in the above-captioned case, for an order directing payment of funds held in the registry of the Court. Claimant's agent represents the Claimant has noticed the United States Attorney as required by 28 U.S.C. §§ 2041 et seq. Accordingly, the Court directs that all funds held in the registry of the Court or paid in pursuant to 11 U.S.C.§ 347 for the benefit of and awaiting the request of Claimant, in the approximate amount of $397.99, be paid to Claimant, in care of Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

                                        ###

Approved for Entry:

s/ Don Dage
Dated:  4/16/13