# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: kkin | Date Created: 4/17/2013 |
| Case: 98–19524 | Form ID: pdf003 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| ust | Sandy Stacy |
| ust | Eunice Chambers |
| ust | Vickie Kaufman |
| ust | Lendy Heilaman |
| ust | Angela Adkins |
| ust | Katherine Wieland |
| ust | trustee11 |
| ust | Michele Adams |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Suracharn Prammanasudh | 1018 Arlington Drive | Yukon, OK 73099 | |
| db | Karen J. Prammanasudh | 1018 Arlington Drive | Yukon, OK 73099 | |
| tr | Gary D. Hammond | 3035 NW 63rd, Suite 230 | Oklahoma City, OK 73116 | |
| intp | Brian J. Dilks | Dilks &Knopik, LLC | 35308 SE Center St. | Snoqualmie, WA 98065 |
| aty | Cheryl A. Purvis | Morgan &Purvis | 6001 N. Brookline, Ste. 509 | Oklahoma City, OK 73112 |
| aty | Gary D. Hammond | 512 NW 12th Street | Oklahoma City, OK 73103 | |
| ust | U.S. Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| ust | Charles Glidewell | United States Trustee | 215 Dean A. McGee Ave. 4th Fl. | Oklahoma City, OK 73102 |
| ust | Felicia S Turner | 215 Dean A. McGee Avenue | Oklahoma City, OK 73102 | |

TOTAL: 9